ISMAIL J. RAMSEY
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
PAUL SACHELARI (CSBN 230082)
Special Assistant United States Attorney
    Office of Program Litigation, Office 7
    160 Spear St., Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4853
    Email:  paul.sachelari@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIE K. CASTILLO,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 3:22-cv-06053-WHO<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF; [~~PROPOSED~~] ORDER** |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to evaluate Plaintiff's subjective symptom testimony, and evaluate Plaintiff's residual functional capacity. The ALJ will take any further action deemed necessary to develop the record and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated:  April 10, 2023   Law Office of David Joseph Linden

*/s/ David Joseph Linden\**
DAVID JOSEPH LINDEN
(*as authorized via email on April 10, 2023)
Attorney for Plaintiff


ISMAIL J. RAMSEY
United States Attorney

By:   */s/ Paul Sachelari*
PAUL SACHELARI
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Pursuant to the above Stipulation, and for good cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation.

Dated:  April 10, 2023____         _____
                                    THE HONORABLE WILLIAM H. ORRICK
                                    United States District Court Judge